


FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com

Attorney for Defendants
ASHOK PATEL, an individual
and in his representative capacity
as trustee; MAMTA PATEL, an
individual and in her representative
capacity as trustee; AMA
GARDENA INVESTMENTS, LLC,
a California Limited Liability
Company

UNITED STATES DISTRICT COURT

CEMTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS LANGER, | ) | No. CV17-04529-GW-AS |
| | ) | |
| | ) | ANSWER TO COMPLAINT |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ASHOK PATEL, ET AL., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

    Defendants ASHOK PATEL, an individual and in his representative capacity as trustee; MAMTA PATEL, an individual and in her representative capacity as trustee; AMA GARDENA INVESTMENTS, LLC, a California Limited Liability

1

Company ("Defendants"), for themselves and themselves only, hereby files an Answer to the Complaint ("Complaint") as follows:

### FIRST CLAIM FOR RELIEF

1. Defendants do not have sufficient information at this time and upon such a basis deny each and every allegation in paragraphs 1, 8, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 and paragraph 36 as it incorporates the previously mentioned paragraphs of the Complaint and further denies each and every allegation in paragraphs 37 a-c, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50 of the Complaint.

2. Defendants deny paragraph 6 of the Complaint.

3. Defendants admit paragraphs 2, 3, 4, 5, 9, 11, as incorporated in paragraph 36 of the Complaint.

### SECOND CLAIM FOR RELIEF

4. Defendants do not have sufficient information at this time and upon such a basis deny each and every allegation in paragraphs 1, 8, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37 a-c, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and paragraph 51 as it incorporates the previously mentioned paragraphs of the Complaint and further denies each and every allegation in paragraphs 52 and 53 of the Complaint.

5. Defendants deny paragraph 6 and paragraph 51 as it incorporates the previously mentioned paragraphs of the Complaint.

6. Defendants admit paragraphs 2, 3, 4, 5, 9, 11, as incorporated in paragraph 51 of the Complaint.

Defendants allege the following affirmative defenses.

### FIRST AFFIRMATIVE DEFENSE

7. The Complaint and each claim for relief alleged against the Defendants herein, fails to state facts sufficient to constitute a claim for relief against the defendant.

### SECOND AFFIRMATIVE DEFENSE

8. The Complaint and each claim for relief alleged against the Defendants herein is barred by the fact that Plaintiff is attempting to acquire rights in violation of the Due Process Clause and Equal Protection Clause of the U.S. and California Constitutions.

### THIRD AFFIRMATIVE DEFENSE

9. The Complaint and each claim for relief alleged against the Defendants herein is barred in that Plaintiff lacks standing to bring this action.

### FOURTH AFFIRMATIVE DEFENSE

10. The Complaint and each claim for relief alleged against the Defendants herein is barred because Congress in enacting the ADA under 42 U.S.C. Section 12101, et seq. has exceeded its powers under Section 5 of the Fourteenth Amendment of the U.S. Constitution, since the remedial legislation enacted under the ADA is not "congruent and proportional" to the evidence in support of alleged violations against handicapped individuals.

## FIFTH AFFIRMATIVE DEFENSE

11. The Complaint and the each claim for relief alleged against the Defendants herein is barred because the Defendant without admitting jurisdiction or liability in any manner, is not the operator, lessee and/or owner of said subject property of this lawsuit.

## SIXTH AFFIRMATIVE DEFENSE

12. The Complaint and each claim for relief alleged against the Defendants herein is barred in that Plaintiff was not injured and further lacks standing.

## SEVENTH AFFIRMATIVE DEFENSE

13. The Complaint and each claim for relief alleged against the Defendants herein is barred in that Plaintiff was not seeking or intending at any time relevant herein to be a customer of said subject property of this lawsuit.

## EIGHTH AFFIRMATIVE DEFENSE

14. The Complaint and each claim for relief alleged against the Defendants herein is barred in that Defendant at any time relevant herein was not the owner or in control of said subject property of this lawsuit.

**WHEREFORE** answering Defendants pray for judgment against Plaintiff as follows:

1. That the Plaintiff take nothing by way of the Complaint;
2. For costs of suit incurred herein;
3. For reasonable attorney fees;

4. For such other and further relief as the Court deems just and proper.

DATED: August 4, 2017

LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Defendants ASHOK PATEL, an individual and in his representative capacity as trustee; MAMTA PATEL, an individual and in her representative capacity as trustee; AMA GARDENA INVESTMENTS, LLC, a California Limited Liability Company

## DEMAND FOR JURY TRIAL

Defendants hereby demand a jury trial pursuant to F.R.C.P. 38.

DATED: August 4, 2017

LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Defendants ASHOK PATEL, an individual and in his representative capacity as trustee; MAMTA PATEL, an individual and in her representative capacity as trustee; AMA GARDENA INVESTMENTS, LLC, a California Limited Liability Company